| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Daniel T. May |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 16-10073 |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 4 5 4 9

**Date of payment change:**
Must be at least 21 days after date of this notice   08/01/2020

**New total payment:**
Principal, interest, and escrow, if any   $ 1,067.80

---

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 357.30     New escrow payment: $ 355.72

---

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

---

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

---

16-10073-aih   Doc     FILED 06/23/20   ENTERED 06/23/20 09:38:35   Page 1 of 6

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
_____
  Signature

Date  6/23/2020

Print:  **Molly Slutsky Simons**
       _____
       First Name      Middle Name      Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law
        _____

Address  394 Wards Corner Road, Suite 180
        _____
        Number          Street

        Loveland                    OH    45140
        _____
        City                        State   ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

16-10073-aih    Doc    FILED 06/23/20    ENTERED 06/23/20 09:38:35    Page 2 of 6

SN Servicing Corporation                                         Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   June 19, 2020

DANIEL T MAY                                           Loan:
C/O JANN WASHINGTON
5001 MAYFIELD RD STE 111                  Property Address:
LYNDHURST OH  44124                          23181 CLIFFORD DRIVE
                                                            NORTH OLMSTED, OH  44070

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Aug 2019 to July 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 712.08 | 712.08 |
| Escrow Payment: | 357.30 | 355.72 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,069.38 | $1,067.80 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jul 01, 2020 |
| Escrow Balance: | 1,066.14 |
| Anticipated Pmts to Escrow: | 357.30 |
| Anticipated Pmts from Escrow (-): | 1,790.81 |
| Anticipated Escrow Balance: | ($367.37) |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,067.61 | (733.76) |
| Aug 2019 | 357.30 | 704.70 | | | * | 1,424.91 | (29.06) |
| Sep 2019 | 357.30 | 357.30 | | | | 1,782.21 | 328.24 |
| Oct 2019 | 357.30 | 357.30 | | | | 2,139.51 | 685.54 |
| Nov 2019 | 357.30 | | | | * | 2,496.81 | 685.54 |
| Dec 2019 | 357.30 | 357.30 | 706.00 | 712.00 | * Homeowners Policy | 2,148.11 | 330.84 |
| Jan 2020 | 357.30 | 714.60 | 1,790.81 | 1,765.80 | * County Tax | 714.60 | (720.36) |
| Feb 2020 | 357.30 | 357.30 | | | | 1,071.90 | (363.06) |
| Mar 2020 | 357.30 | 357.30 | | | | 1,429.20 | (5.76) |
| Apr 2020 | 357.30 | 357.30 | | | | 1,786.50 | 351.54 |
| May 2020 | 357.30 | 357.30 | | | | 2,143.80 | 708.84 |
| Jun 2020 | 357.30 | 357.30 | | | | 2,501.10 | 1,066.14 |
| Jul 2020 | 357.30 | | 1,790.81 | | * County Tax | 1,067.59 | 1,066.14 |
| | | | | | Anticipated Transactions | 1,067.59 | 1,066.14 |
| Jul 2020 | | 357.30 | | 1,790.81 | County Tax | | (367.37) |
| | $4,287.60 | $4,635.00 | $4,287.62 | $4,268.61 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 4,287.62.  Under Federal law, your lowest monthly balance should not have exceeded 714.60 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

Analysis Date:  June 19, 2020

DANIEL T MAY                                                    Loan: 

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|------------|--------------|-------------|-----------|----------|
|      | To Escrow | From Escrow | | Anticipated | Required |
|      |           |             | Starting Balance | (367.37) | 1,054.92 |
| Aug 2020 | 355.72 | | | (11.65) | 1,410.64 |
| Sep 2020 | 355.72 | | | 344.07 | 1,766.36 |
| Oct 2020 | 355.72 | | | 699.79 | 2,122.08 |
| Nov 2020 | 355.72 | | | 1,055.51 | 2,477.80 |
| Dec 2020 | 355.72 | 712.00 | Homeowners Policy | 699.23 | 2,121.52 |
| Jan 2021 | 355.72 | 1,765.80 | County Tax | (710.85) | 711.44 |
| Feb 2021 | 355.72 | | | (355.13) | 1,067.16 |
| Mar 2021 | 355.72 | | | 0.59 | 1,422.88 |
| Apr 2021 | 355.72 | | | 356.31 | 1,778.60 |
| May 2021 | 355.72 | | | 712.03 | 2,134.32 |
| Jun 2021 | 355.72 | | | 1,067.75 | 2,490.04 |
| Jul 2021 | 355.72 | 1,790.81 | County Tax | (367.34) | 1,054.95 |
|      | $4,268.64 | $4,268.61 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 711.44.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 711.44 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (367.37).  Your starting balance (escrow balance required) according to this analysis should be $1,054.92.  This means you have a shortage of 1,422.29. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,268.61.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 355.72 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $355.72 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Page 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

In Re:                                Case No. 16-10073-aih

Daniel T. May                         Chapter 13

Debtor.                               Judge Arthur I. Harris

---

## CERTIFICATE OF SERVICE

I certify that on June 23, 2020, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jann C. Washington, Debtor's Counsel
    JannWashingtonEsq@gmail.com

    Lauren A. Helbling, Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Daniel T. May, Debtor
    23181 Clifford Dr.
    North Olmsted, OH 44070

                Respectfully Submitted,

                /s/ Molly Slutsky Simons
                Molly Slutsky Simons (0083702)
                Sottile & Barile, Attorneys at Law
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com
                Attorney for Creditor